**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | **CRIMINAL NO. 10-00266-CB** |
| | * | |
| **NATHAN ALLEN RAILEY** | * | |

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION**

COMES NOW the United States by and through the United States Attorney for the Southern District of Alabama, and moves the Court to conduct a hearing in accordance with Title 18, United States Code, Section 3142(f) to determine whether the defendant is due to be detained prior to trial, and as grounds in support of its position that the defendant should not be released on conditions, the Government says the following:

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because this case involves:

    A.   __X__   This is a crime of violence within the meaning of Title 18, United States Code, Section 3156;

    B.   _____   This is an offense for which the maximum sentence is life imprisonment or death;

    C.   _____   This is a drug offense for which a maximum term of imprisonment of ten years is prescribed;

    D.   _____   The above-named defendant(s) has/have committed a felony after having been convicted of two or more prior offenses described in Paragraphs A through C, or two or more state or local offenses that would have been offenses

described in Paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

E. _____ There is a serious risk that the above-named defendant(s) will flee:

F. _____ There is a serious risk that the above-named defendant(s) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>.  The court should detain the defendant(s) because there are no conditions or combination of conditions of release which will reasonably assure:

A. __X__ The defendant(s)' appearance as required;
    and/or

B. __X__ The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e).  If yes, the rebuttable presumption arises because:

A. _____ There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed or an offense under Title 18, United States Code, Section 924(c).

B. _____ The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that

would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed, and the defendant committed such offense while on release pending trial for a Federal, State, or local offense, and a period of not more than five years has elapsed since the date of conviction for such offense, or the release of the person from imprisonment, whichever is later.

  C. _____ The defendant is alleged to have committed a crime concerning the exploitation of a child for purposes of Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>.  The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

  A. _____ At first appearance; or

  B. \_\_X\_\_ After a continuance of \_\_3\_\_ days.

5. <u>Other Matters</u>.

  None.

            Respectfully submitted,

            KENYEN R. BROWN
            UNITED STATES ATTORNEY

            By: <u>*s/Sean P. Costello*</u>
            Sean P. Costello (COSTS3753)
            Assistant United States Attorney
            63 South Royal Street, Suite 600
            Mobile, Alabama 36602
            (251)441-5845
            (251)441-5131 (fax)
            sean.costello@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on December 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the defendant.

                                                   *s/Sean P. Costello*
                                                   Sean P. Costello
                                                   Assistant United States Attorney