IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN ALLEN RAILEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION.  13-0493-CG-N |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIMINAL NO.  10-00266-CG-N |
| ) | |
| Respondent. ) | |

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation on Defendant's 28 U.S.C. § 2255 petition (Doc. 251) , the Defendant's Objection to the Report and Recommendation (Doc. 255) and the Government's Response (Doc. 256).  The Court has read all documents in the case associated with the matter, and has listened to the full sound recording of the evidentiary hearing while reading the transcript of the hearing.  The Court finds no need to have a second evidentiary hearing, as suggested by the defendant.  The Court is familiar with attorney Chase Dearman's mannerisms and finds that there is no reason to disturb the credibility determinations recommended by the Magistrate Judge in her Report and Recommendation on the testimony he gave bearing on the issues at hand. After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Rule 8(b) of the Rules Governing

Section 2255 Proceedings for the United States District Courts and dated December 16, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Nathan Allen Railey's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 219) is **DENIED** and **DISMISSED with prejudice**, and that Railey is not entitled either to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 10th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE