IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHAN ALLEN RAILEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION. 13-0493-CG-N |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 10-00266-CG-N |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner Nathan Allen Railey, that this action under 28 U.S.C. § 2255 is **DISMISSED with prejudice**, and that Railey is not entitled to a certificate of appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 10th day of June, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE